# United States Bankruptcy Court
### Eastern District of Michigan

In re  **Henry AnthonyWashingt Brown**       Case No. **09-58921**
           Debtor(s)      Chapter **7**

## MOTION TO WITHDRAW APPLICATION TO WAIVE FILING FEE

1.      Debtor(s), **Henry Anthony Washington Brown**, commenced this case on **June 16, 2009** by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2.      As indicated on Schedule J, Debtor currently has no income. However, as indicated on Schedule B, he has assets, most of which is exempt property.

3.      Debtor wants to use some of his exempt property to pay the Chapter 7 filing fee of $299.00. Debtor has given $299.00 to his attorney to pay the filing fee. Debtor seeks to withdraw his Application to Waive Filing Fee.

WHEREFORE, Debtor(s) pray for an Order that his Application to Waive Filing Fee is withdrawn, and that he be allowed to pay the $299.00 Chapter 7 filing fee.

Dated: **July 14, 2009**

/s/ Gregory L. Dodd (P-43404)
**Gregory L. Dodd**
Attorney for Debtor
Dodd Keyes Law
300 North Huron Street
Ypsilanti, MI 48197
(734) 487-2611