UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

HENRY ANTHONY BROWN,   Chapter 7
                                            Case No. 09-58921-WSD
Debtor.                                  Hon. Walter Shapero
_____/

## STIPULATION FOR ENTRY OF ORDER
## REGARDING DEBTOR'S CLAIM OF EXEMPTIONS

The debtor by his counsel, Dodd Keyes Law and Charles L. Wells, III the Chapter 7 Trustee, by his attorneys Gold, Lange & Majoros, P.C., hereby stipulate to the form, substance and entry of the attached proposed Order Regarding Debtor's Claim of Exemptions.

Approved:

| GOLD, LANGE & MAJOROS, P.C. | DODD KEYES LAW |
|---|---|
| /s/ Elias T. Majoros | /s/ Gregory L. Dodd |
| Attorneys for Trustee | Attorneys for Debtor |
| 24901 Northwestern Highway, Suite 444 | 300 N. Huron St. |
| Southfield, MI 48075 | Ypsilanti, MI 48197 |
| (248) 350-8220 | (734) 487-2611 |
| emajoros@glmpc.com | gregorydodd@doddkeyeslaw.com |
| (P41040) | (P43404) |

E:\GLM CLIENTS - CH7 2005\Brown, Henry (Wells)\Stip for Entry of Order Regarding Debtor's Claim of Exemptions.pks.wpd