UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

HENRY ANTHONY BROWN,　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　Case No. 09-58921-WSD
　　　　　Debtor.　　　　　　　　　　　　　　Hon. Walter Shapero
_____/

## ORDER REGARDING DEBTOR'S CLAIM OF EXEMPTIONS

This matter having come before the Court upon the stipulation of the Debtor and Trustee; the Court being duly advised in the premises;

IT IS HEREBY ORDERED that debtor's claim of his exemption of his interest in a 2009 Ford MKS under 11 U.S.C. § 522(d)(1) is denied. The remaining claims of exemption of the 2009 Ford MKS under 11 U.S.C. § 522(d)(2) & 522(d)(5) are allowed.