# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 09-58921-WS | | **Trustee Name:** | Charles L. Wells, III |
| **Case Name:** | BROWN, HENRY ANTHONYWAS | | **Date Filed (f) or Converted (c):** | 06/16/2009 (f) |
| **For the Period Ending:** | 03/31/2010 | | **§341(a) Meeting Date:** | 07/23/2009 |
| | | | **Claims Bar Date:** | 11/19/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 8220 BATEAU RD S JACKSONVILLE, FL 32216 - in foreclosure - house was actually transferred to wife summer 2008, deed no longer in debtor's name | $258,000.00 | Unknown | | $0.00 | Unknown |
| 2 | 14018 Inlet Drive South Jacksonville, Fl 32225 - already foreclosed, sold on 3-23-09 for $80,000.00 | $277,500.00 | Unknown | | $0.00 | Unknown |
| 3 | dfcu Financial P.O. Box 6048 Dearborn MI, 48121 | $0.00 | Unknown | | $0.00 | Unknown |
| 4 | Fifth Third Bank | $1,200.00 | Unknown | | $0.00 | Unknown |
| 5 | Westlake Apartments | $1,400.00 | Unknown | | $0.00 | Unknown |
| 6 | computer, printer, television, furniture, tools and equipments Florida: Lawn tools, Furniture, equipment | $2,000.00 | Unknown | | $0.00 | Unknown |
| 7 | Tuxedos, suits, shirts pants | $1,500.00 | Unknown | | $0.00 | Unknown |
| 8 | 401k Fidelity as of December 31, 2008 | $80,230.00 | Unknown | | $0.00 | Unknown |
| 9 | ETRADE: CYTV (35 Shares), ASNL (570 Shares) | $2,400.00 | $2,558.18 | | $2,558.18 | FA |
| 10 | Janus Fund (18 Shares) | $577.15 | Unknown | | $0.00 | Unknown |
| 11 | M&T Bank Corp | $100.00 | Unknown | | $0.00 | Unknown |
| 12 | Ford Interest Advantage | $58.18 | Unknown | | $0.00 | Unknown |
| 13 | Bonds | $100.00 | $500.00 | | $101.12 | $398.88 |
| 14 | Money loaned to friend for house flipping business | $10,000.00 | Unknown | | $0.00 | Unknown |
| 15 | 2009 Ford MKS Michigan | $26,950.00 | $16,000.00 | | $16,000.00 | FA |
| 16 | Undisclosed savings bonds (u) | $0.00 | $2,075.00 | | $0.00 | $2,075.00 |
| INT | Interest Earned (u) | Unknown | Unknown | | $4.59 | Unknown |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | | | |
|---|---|---|---|
| $662,015.33 | $21,133.18 | $18,663.89 | $2,473.88 |

**Initial Projected Date Of Final Report (TFR):** 07/23/2012     /s/ CHARLES L. WELLS, III

**Current Projected Date Of Final Report (TFR):**     CHARLES L. WELLS, III

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 09-58921-WS | | **Trustee Name:** | Charles L. Wells, III |
| **Case Name:** | BROWN, HENRY ANTHONYWAS | | **Bank Name:** | STERLING BANK |
| **Primary Taxpayer ID #:** | 54-6906009 | | **Money Market Acct #:** | ******8921 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 04/01/2009 | | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 03/31/2010 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/20/2009 | (15) | Gregory L. Dodd, P.C., Client Trust Account | Pmt of non-exempt equity | 1129-000 | $16,000.00 | | $16,000.00 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.18 | | $16,000.18 |
| 09/15/2009 | | Transfer To Acct#******8921 | transfer to checking | 9999-000 | | $326.04 | $15,674.14 |
| 09/18/2009 | (9) | Gregory L. Dodd, P.C. | Pmt in non-exempt equity | 1129-000 | $2,558.18 | | $18,232.32 |
| 09/23/2009 | (13) | U.S. Savings Bonds | EE Series Savings bond issued 12/08 | 1129-000 | $100.00 | | $18,332.32 |
| 09/23/2009 | (13) | U.S. Savings Bonds | EE Series Savings bond issued 2/09 | 1129-000 | $100.00 | | $18,432.32 |
| 09/23/2009 | (13) | U.S. Savings Bonds | EE Series Savings bond issued 1/09 | 1129-000 | $100.00 | | $18,532.32 |
| 09/23/2009 | (13) | U.S. Savings Bonds | EE Series Savings bond issued 9/08 | 1129-000 | $100.00 | | $18,632.32 |
| 09/23/2009 | (13) | U.S. Savings Bond | EE Series Savings bond issued 10/08 | 1129-000 | $100.00 | | $18,732.32 |
| 09/23/2009 | (13) | U.S. Treasury | EE Savings Bond | 1129-000 | $50.60 | | $18,782.92 |
| 09/23/2009 | (13) | U.S. Treasury | EE Savings Bond | 1129-000 | $50.52 | | $18,833.44 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.68 | | $18,834.12 |
| 10/02/2009 | (13) | DEP REVERSE: U.S. Savings Bonds | | 1129-000 | ($100.00) | | $18,734.12 |
| 10/02/2009 | (13) | DEP REVERSE: U.S. Savings Bonds | | 1129-000 | ($100.00) | | $18,634.12 |
| 10/02/2009 | (13) | DEP REVERSE: U.S. Savings Bonds | | 1129-000 | ($100.00) | | $18,534.12 |
| 10/02/2009 | (13) | DEP REVERSE: U.S. Savings Bonds | | 1129-000 | ($100.00) | | $18,434.12 |
| 10/02/2009 | (13) | DEP REVERSE: U.S. Savings Bond | | 1129-000 | ($100.00) | | $18,334.12 |
| 10/21/2009 | (16) | United States of America | Series EE bond issued 3/86 | 1229-000 | $75.00 | | $18,409.12 |
| 10/21/2009 | (16) | United States of America | Series EE bond issued 3/85 | 1229-000 | $200.00 | | $18,609.12 |
| 10/21/2009 | (16) | United States of America | Series EE savings bond issued 2/86 | 1229-000 | $200.00 | | $18,809.12 |
| 10/21/2009 | (16) | United States of America | Series EE savings bond issued 3/81 | 1229-000 | $50.00 | | $18,859.12 |
| 10/21/2009 | (16) | United States of America | Series EE savings bond issued 3/80 | 1229-000 | $50.00 | | $18,909.12 |
| 10/21/2009 | (16) | United States of America | Series EE savings bonds issued 1/80 | 1229-000 | $50.00 | | $18,959.12 |
| 10/21/2009 | (16) | United States of America | Series EE savings bond issued 4/82 | 1229-000 | $50.00 | | $19,009.12 |
| 10/21/2009 | (16) | United States of America | Series EE savings bond issued 3/84 | 1229-000 | $100.00 | | $19,109.12 |
| 10/21/2009 | (16) | United States of America | Series EE savings bond issued 3/83 | 1229-000 | $100.00 | | $19,209.12 |
| 10/21/2009 | (16) | United States of America | Series EE savings bond issued 3/82 | 1229-000 | $100.00 | | $19,309.12 |
| 10/21/2009 | (16) | United States of America | Series EE savings bond issued 3/81 | 1229-000 | $100.00 | | $19,409.12 |
| 10/21/2009 | (16) | United States of America | Series EE savings bond issued 4/84 | 1229-000 | $1,000.00 | | $20,409.12 |
| 10/22/2009 | (16) | DEP REVERSE: United States of America | Series EE bond issued 3/86 | 1229-000 | ($75.00) | | $20,334.12 |
| 10/22/2009 | (16) | DEP REVERSE: United States of America | Series EE savings bond issued 2/86 | 1229-000 | ($200.00) | | $20,134.12 |
| 10/22/2009 | (16) | DEP REVERSE: United States of America | Series EE savings bond issued 3/81 | 1229-000 | ($50.00) | | $20,084.12 |

SUBTOTALS  $20,410.16  $326.04

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** 09-58921-WS | **Trustee Name:** | Charles L. Wells, III |
| **Case Name:** BROWN, HENRY ANTHONYWAS | **Bank Name:** | STERLING BANK |
| **Primary Taxpayer ID #:** 54-6906009 | **Money Market Acct #:** | ******8921 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 04/01/2009 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 03/31/2010 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/22/2009 | (16) | DEP REVERSE: United States of America | Series EE bond issued 3/85 | 1229-000 | ($200.00) | | $19,884.12 |
| 10/22/2009 | (16) | DEP REVERSE: United States of America | Series EE savings bond issued 3/80 | 1229-000 | ($50.00) | | $19,834.12 |
| 10/22/2009 | (16) | DEP REVERSE: United States of America | Series EE savings bonds issued 1/80 | 1229-000 | ($50.00) | | $19,784.12 |
| 10/22/2009 | (16) | DEP REVERSE: United States of America | Series EE savings bond issued 4/82 | 1229-000 | ($50.00) | | $19,734.12 |
| 10/22/2009 | (16) | DEP REVERSE: United States of America | Series EE savings bond issued 3/84 | 1229-000 | ($100.00) | | $19,634.12 |
| 10/22/2009 | (16) | DEP REVERSE: United States of America | Series EE savings bond issued 3/83 | 1229-000 | ($100.00) | | $19,534.12 |
| 10/22/2009 | (16) | DEP REVERSE: United States of America | Series EE savings bond issued 3/82 | 1229-000 | ($100.00) | | $19,434.12 |
| 10/22/2009 | (16) | DEP REVERSE: United States of America | Series EE savings bond issued 3/81 | 1229-000 | ($100.00) | | $19,334.12 |
| 10/22/2009 | (16) | DEP REVERSE: United States of America | Series EE savings bond issued 4/84 | 1229-000 | ($1,000.00) | | $18,334.12 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.78 | | $18,334.90 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.75 | | $18,335.65 |
| 12/08/2009 | | Transfer To: #******8921 | transfer to checking | 9999-000 | | $5,409.26 | $12,926.39 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.60 | | $12,926.99 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.55 | | $12,927.54 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.50 | | $12,928.04 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.55 | | $12,928.59 |
| | | | **TOTALS:** | | $18,663.89 | $5,735.30 | $12,928.59 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $5,735.30 | |
| | | | **Subtotal** | | $18,663.89 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $18,663.89 | $0.00 | |

**For the period of 04/01/2009 to 03/31/2010**

| | |
|---|---|
| Total Compensable Receipts: | $18,663.89 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,663.89 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,735.30 |

**For the entire history of the account between 08/20/2009 to 03/31/2010**

| | |
|---|---|
| Total Compensable Receipts: | $18,663.89 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,663.89 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,735.30 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 09-58921-WS | | | **Trustee Name:** | | Charles L. Wells, III |
| **Case Name:** | BROWN, HENRY ANTHONYWAS | | | **Bank Name:** | | STERLING BANK |
| **Primary Taxpayer ID #:** | 54-6906009 | | | **Checking Acct #:** | | ******8921 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 04/01/2009 | | | **Blanket bond (per case limit):** | | $2,000,000.00 |
| **For Period Ending:** | 03/31/2010 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2009 | | Transfer From Acct#******8921 | transfer from money market | 9999-000 | $326.04 | | $326.04 |
| 09/15/2009 | 101 | C.B. Kaye & Associates | Pmt of appraiser fees p/o 9/11/09 | 3711-000 | | $275.00 | $51.04 |
| 09/15/2009 | 102 | C.B. Kaye & Associates | Pmt of appraiser expenses p/o 9/11/09 | 3712-000 | | $51.04 | $0.00 |
| 12/08/2009 | | Transfer From: #******8921 | transfer from money market | 9999-000 | $5,409.26 | | $5,409.26 |
| 12/08/2009 | 103 | GOLD, LANGE & MAJOROS, P.C | Pmt of atty for trustee fee p/o 12/03/09 | 3210-000 | | $5,398.50 | $10.76 |
| 12/08/2009 | 104 | GOLD, LANGE & MAJOROS, P.C | Pmt of atty for trustee expenses p/o 12/03/09 | 3220-000 | | $10.76 | $0.00 |
| | | | **TOTALS:** | | $5,735.30 | $5,735.30 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $5,735.30 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $5,735.30 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $5,735.30 | |

| For the period of 04/01/2009 to 03/31/2010 | | For the entire history of the account between 09/15/2009 to 03/31/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,735.30 | Total Internal/Transfer Receipts: | $5,735.30 |
| | | | |
| Total Compensable Disbursements: | $5,735.30 | Total Compensable Disbursements: | $5,735.30 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,735.30 | Total Comp/Non Comp Disbursements: | $5,735.30 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-58921-WS | | Trustee Name: | Charles L. Wells, III |
|---|---|---|---|---|
| Case Name: | BROWN, HENRY ANTHONYWAS | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 54-6906009 | | Checking Acct #: | ******8921 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2009 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $18,663.89 | $5,735.30 | $12,928.59 |

**For the period of 04/01/2009 to 03/31/2010**

| | |
|---|---:|
| Total Compensable Receipts: | $18,663.89 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,663.89 |
| Total Internal/Transfer Receipts: | $5,735.30 |
| | |
| Total Compensable Disbursements: | $5,735.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,735.30 |
| Total Internal/Transfer Disbursements: | $5,735.30 |

**For the entire history of the case between 06/16/2009 to 03/31/2010**

| | |
|---|---:|
| Total Compensable Receipts: | $18,663.89 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,663.89 |
| Total Internal/Transfer Receipts: | $5,735.30 |
| | |
| Total Compensable Disbursements: | $5,735.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,735.30 |
| Total Internal/Transfer Disbursements: | $5,735.30 |